**Order entered February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00223-CV

## IN RE DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15335**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. Based on the disposition of the petition for writ of mandamus, we **DENY** relator's motion to stay. We **ORDER** that relator bear the costs of this original proceeding.

.

/s/     MICHAEL J. O'NEILL
          JUSTICE